UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Trio Manufacturing, Inc. and
Darrell Quade,

Civil No. 01-1934 JMR/FLN

Plaintiffs,

v.

PRETRIAL SCHEDULE

Federated Mutual Insurance Company,

Defendant.

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by March 1, 2002.

   b. All discovery shall be commenced in time to be completed by September 1, 2002.

   c. All pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before February 1, 2002.

   d. No more than 50 interrogatories, including all discrete subparts, shall be served by any party.

   e. No more than 15 depositions shall be taken by any party.



FILED DEC 21 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD. ______
DEPUTY CLERK ______

f. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by November 1, 2002. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By Plaintiff(s) on or before September 1, 2002.

2) By Defendant(s) on or before October 1, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before September 1, 2002.

2) By defendant(s) on or before October 1, 2002.

c. Each party may depose no more than 5 expert witnesses on or before October 1, 2002, with respect to plaintiff, and on or before November 1, 2002, with respect to defendant.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

   a. All dispositive motions shall be filed and scheduled for hearing prior to December 1, 2002.

   b. Counsel are reminded that they must anticipate the time required for scheduling this hearing by calling Calendar Clerk Larry Lewis at 612-664-5053.

   c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b).

4. Trial

   a. This case shall be ready for trial on and after January 1, 2003, at which time it will be placed on the court's jury trial calendar.

   b. Trial is estimated to last 3 trial days.

DATED: Dec. 21, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500