UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Trio Manufacturing, Inc. and
Darrell Quade,

Plaintiffs,

v.

Federated Mutual Insurance Company,

Defendant.

Civil No. 01-1934 JMR/FLN

**ORDER**

---

Charles B. Harris, Esq., for Plaintiffs.
Leatha G. Wolter, Esq., for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 22, 2002, on Plaintiff's Motion for an Order Appointing an Appraiser [#7].

Based on all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiffs' Motion for an Order Appointing an Appraiser [#7] is **DENIED**.

DATED: ____________, 2002.

FRANKLIN L. NOEL
Chief Magistrate Judge

JAN 23 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK