UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-1934 JEL/JGL

TRIO MANUFACTURING, INC.
and DARRELL QUADE, its president,

Plaintiffs,

vs.

STIPULATION AND ORDER

FEDERATED MUTUAL INS. CO.,

Defendants.

The above named parties, by and through their undersigned counsel, hereby stipulate and agree that plaintiffs' memorandum opposing a motion of the defendants for summary judgment and the supporting documents opposing said motion may be filed on or before June 24, 2002.

DOAR, DRILL & SKOW, S.C.

Dated: 6/3/02

By: ________________
Charles B. Harris, Plaintiffs' Attorney
State Bar No.: 1015879

MEAGHER & GEER, PLLP

Dated: 5/30/02

By: ________________
Leatha Wolter, Defendant's Attorney
State Bar No.: 175614
Katherine A. McBride
State Bar No.: 168543

FILED JUN 26 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

ORDER

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED, that plaintiffs shall have until June 24, 2002, to file any memorandum or documents in opposition to the motion of the defendant for summary judgment.

Dated this _____ day of 6-26, 2002.

BY THE COURT:

Honorable Joan Ericksen Lancaster
~~Circuit~~ District Judge