**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Trio Manufacturing, Inc. and
Darrell Quade,

Plaintiffs,

Case No. 01-1934 JMR/FLN

vs.

**STIPULATION AND ORDER**

Federated Mutual Insurance Company,

Defendant.

---

**STIPULATION**

The above-named parties, by and through their undersigned counsel, hereby stipulate and agree that defendant's reply memorandum in support of its motion for summary judgment may be filed on or before July 18, 2002.

**MEAGHER & GEER P.L.L.P.**

Dated: 6/26, 2002

Leatha G. Wolter, No. 175614
Katherine A. McBride, No. 168543
Attorneys for Defendant

**DOAR, DRILL & SKOW, S.C.**

Dated: 6/27/02, 2002

Charles B. Harris, No. 41518
Attorneys for Plaintiffs

JUL 03 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing stipulation,

**IT IS HEREBY ORDERED**, that defendant shall have until July 18, 2002, to file its reply memorandum in support of its motion for summary judgment.

Dated this 2 day of July, 2002.

**BY THE COURT:**

Joan E Lancaster

Honorable Joan Ericksen Lancaster
Circuit Judge

973784