UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil No. 01-1934 (JEL/JGL)

TRIO MANUFACTURING, INC.
and DARRELL QUADE, its president,

Plaintiffs,

vs.

STIPULATION AND ORDER

FEDERATED MUTUAL INS. CO.,

Defendants.

---

The above named parties, by and through their undersigned counsel, hereby stipulate and agree that to extend the time for taking discovery depositions to 10/18/02.

DOAR, DRILL & SKOW, S.C.

Dated: 8/27/02

By: [signature]
Charles B. Harris, Plaintiffs' Attorney
State Bar No.: 1015879

MEAGHER & GEER, PLLP

Dated: 9/3/02

By: [signature]
Leatha Wolter, Defendant's Attorney
State Bar No.: 175614
Katherine A. McBride
State Bar No.: 168543

SEP 9 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

ORDER

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED, that the parties shall have until 10/18/02 to complete discovery depositions in the above matter.

Dated this ___ day of Sept, 2002.

BY THE COURT:

___________________________
Chief Magistrate Judge Lebedoff