UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Trio Manufacturing, Inc. and Darrell Quade,

Plaintiffs,

vs.

Federated Mutual Insurance Company,

Defendant.

Case No. 01-1934 ~~JMR/FLN~~ JEL/JGL

**STIPULATION AND ORDER**

The above-named parties, by and through their undersigned counsel, hereby stipulate and agree that defendant's expert disclosure may be filed on or before October 7, 2002.

Dated: 9/30, 2002

Leatha G. Wolter, No. 175614
Katherine A. McBride, No. 168543
MEAGHER & GEER P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 338-0661
Attorneys for Defendant

Dated: 9-27, 2002

Charles B. Harris, No. 41518
DOAR, DRILL & SKOW, S.C.
Office Park, P.O. Box 460
Baldwin, WI 54002-0460
Telephone: (715) 684-3227
Attorneys for Plaintiffs

FILED OCT 02 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based upon the foregoing stipulation,

**IT IS HEREBY ORDERED**, that defendant shall have until October 7, 2002, to file expert disclosure.

Dated this 2 day of Oct, 2002.

**BY THE COURT:**

Magistrate Judge

\992215.1