**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TRIO MANUFACTURING, INC.,
and DARRELL QUADE,

Plaintiff,

v.

FEDERATED MUTUAL INSURANCE
COMPANY,

Defendant.

01CV1934 (JNE/JGL)

**NOTICE OF JURY TRIAL**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for a **JURY TRIAL** on Tuesday, October 28, 2003 at 9:30 a.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota.

DATED: September 26, 2003.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette
Sheri L. Frette *Deputy Clerk*

SEP 26 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK