**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

TRIO MANUFACTURING, INC., and DARRELL QUADE,

Plaintiff,

v.

FEDERATED MUTUAL INSURANCE COMPANY,

Defendant.

01CV1934 (JNE/JGL)

**NOTICE OF HEARING MOTIONS IN LIMINE**

---

**TAKE NOTICE** that the above entitled matter is **scheduled** for hearing both Plaintiff and Defendant's **MOTIONS IN LIMINE** on Monday, October 20, 2003 at 2:00 p.m., before Judge Joan N. Ericksen, Courtroom 3, St. Paul, Minnesota. Responses to the motions are due Thursday, October 16, 2003.

DATED: October 8, 2003.

RICHARD D. SLETTEN
*Clerk*

Sheri L. Frette *Deputy Clerk*

OCT 08 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______