UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1934 (JNE/JGL)

TRIO MANUFACTURING, INC., et al.,

Plaintiffs,

v.

**NOTICE OF STATUS CONFERENCE**

FEDERATED MUTUAL INSURANCE COMPANY,

Defendant.

Judge Joan N. Ericksen has requested that I conduct a status conference in the above-referenced matter. A status conference has been scheduled for **Thursday, March 31, 2005, at 8:30 a.m.** in my chambers, **Suite 9E, U.S. Courthouse, 300 South Fourth Street, MINNEAPOLIS, MN 55415. PLEASE REPORT TO THE CHAMBERS--NOT THE COURTROOM**.

In order to bring me up to date about the issues in this case as they have developed since commencement, a letter or settlement brief should be **sent by hard copy (not electronically filed or e-mailed) to this chambers at the above address,** with service on opposing counsel, at least two business days before the scheduled conference. Please include an estimate of total trial time in your letter or settlement brief.

Dated: March 23, 2005

s/Jonathan Lebedoff

JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge