# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TRIO MANUFACTURING, INC., et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Jonathan Lebedoff |
| Plaintiffs, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CIVIL NO. 01-1934 (JNE/JGL) |
| | ) | Date: 04/26/05 |
| FEDERATED MUTUAL INSURANCE | ) | Court Reporter: NOT APPLICABLE |
| COMPANY, | ) | Time Commenced: 8:30 A.M. |
| | ) | Time Concluded: 8:40 A.M. |
| Defendant. | ) | Time in Court: 0 Hours & 10 Minutes |

APPEARANCES:

Plaintiff: Chuck Harris
Defendant: Leatha Wolter

PROCEEDINGS: STATUS CONFERENCE

- ☐ Settlement reached. Terms stated on the record.
- ☐ No settlement reached.
- ☒ Status conference. **Counsel to call on conference call 7/27/05, 8:45 a.m.**
- ☐ Dates discussed for the progression of the case.

IT IS ORDERED:

- ☐ Schedule Set:
  - Trial:
  - PTC:
  - Discovery:
- ☐ Proceedings continued to ___________________ at __________ a.m./p.m.
- ☐ Submitted ☐ Sustained ☐ Overruled
- ☐ Brief time set:
- ☐ Written order forthcoming.

s/Jonathan Lebedoff
Chief U.S. Magistrate Judge