UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-1934 (JNE/JGL)

TRIO MANUFACTURING, INC., et al.,

Plaintiffs,

v.

**NOTICE OF RESCHEDULED CONFERENCE CALL**

FEDERATED MUTUAL INSURANCE COMPANY,

Defendant.

Due to a change in this Court's chedule, the conference call originally scheduled for July 27, 2005, has been rescheduled to **Wednesday, August 3, 2005, at 8:45 a.m.** It is the Court's understanding that the plaintiffs' counsel will initiate the conference call.

Dated: May 17, 2005

s/Jonathan Lebedoff
JONATHAN LEBEDOFF
Chief U.S. Magistrate Judge