# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| TRIO MANUFACTURING, INC., et al., | ) | COURT MINUTES - CIVIL |
| | ) | BEFORE: Jonathan Lebedoff |
| Plaintiffs, | ) | Chief U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: CIVIL NO. 01-1934 (JNE/JGL) |
| | ) | Date: 8/3/05 |
| FEDERATED MUTUAL INSURANCE | ) | Court Reporter: NOT APPLICABLE |
| COMPANY, | ) | Time Commenced: 8:45 A.M. |
| | ) | Time Concluded: 8:55 A.M. |
| Defendant. | ) | Time in Court: 0 Hours & 10 Minutes |

APPEARANCES:

Plaintiff: Charles Harris
Defendant: Lisa Walters

PROCEEDINGS: CONFERENCE CALL

☐ Settlement reached. Terms stated on the record.
☐ No settlement reached.
☒ **Status conference.**
☐ Dates discussed for the progression of the case.

IT IS ORDERED:

☐ Schedule Set:
Trial:
PTC:
Discovery:
☐ Proceedings continued to __________________ at _________ a.m./p.m.
☐ Submitted ☐ Sustained ☐ Overruled
☐ Brief time set:
☐ Written order forthcoming.

s/Jonathan Lebedoff
Chief U.S. Magistrate Judge