UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

TRIO MANUFACTURING, INC., ET AL., Civil No. 01-1934 JNE/AJB

Plaintiff,

v.

NOTICE OF
STATUS CONFERENCE

FEDERATED MUTUAL INSURANCE COMPANY,

Defendant.

---

You are hereby given notice that a status conference in the above captioned matter will be held on April 6, 2006 at 8:30 a.m., in Room 720, 180 East Fifth Street, St. Paul, MN, 55101, before the undersigned Magistrate Judge.

Dated: March 8, 2006

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge