UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Civil No. 01-1934 JE/JGL

TRIO MANUFACTURING, INC.
and DARRELL QUADE,

Plaintiffs,

vs.

MOTION

FEDERATED MUTUAL INS. CO.

Defendant.

COMES NOW the plaintiffs, by Charles B. Harris, their attorney, and moves the Court for judgment based upon the appraisal award in this matter as follows:

| | | | |
|---|---|---|---|
| 1. | A. | For replacement damage to the building in the amount of $128,882.00 less the advance payment made by the defendant in the amount of $116,000.00 for a total of: | $12,882.00 |
| | B. | For replacement cost of repackaging product: | $24,663.00 |
| | C. | For replacement cost, damages to pallet racks and lab presses: | $ 7,484.00 |
| | Total | | $45,029.00 |

For interest on the amount of the appraisal award for the following time-frames and at the following rates and in the amounts as follows:

| 2. | Year | Rate | Amount of Interest |
|---|---|---|---|
| | 2000 | 5% (3/4 of year) | $ 1,688.59 |
| | 2001 | 6% | $ 2,701.74 |
| | 2002 | 2% | $ 900.58 |

| | | |
|---|---|---|
| 2003 | 4% | $ 1,801.16 |
| 2004 | 4% | $ 1,801.16 |
| 2005 | 4% | $ 1,801.16 |
| Total | | $10,694.39 |

3. For an order of the Court determining that upon receipt by Charles B. Harris of a check from defendants made payable to the Trust Account of the Law Office of Charles B. Harris, S.C. for the amounts of damages due to the plaintiffs and upon the expiration of 30 days from said date, the Court Administrator shall, if no appeal has been undertaken by the plaintiffs, satisfy the judgment herein and all claims of the plaintiff over and against Federated Mutual Insurance Company arising out of the involved fire or the handling of the involved claim, shall be dismissed with prejudice and without costs.

Plaintiffs further moves the Court for such other and further relief is deemed just and equitable.

Dated this 29th day of March, 2006.

LAW OFFICE OF CHARLES B. HARRIS, S.C.

By: s/ Charles B. Harris

Charles B. Harris, Plaintiffs' Attorneys
MN State Bar No. 41518
304 Locust Street
P.O. Box 1609
Hudson, WI 54016
(715) 386-9000