UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Civil No. 01-1934 JE/JGL

TRIO MANUFACTURING, INC.
and DARRELL QUADE,

Plaintiffs,

vs.

NOTICE of MOTION

FEDERATED MUTUAL INS. CO.

Defendant.

---

TO: Defendant above named and its attorneys,
Leatha G. Wolter
Meager & Geer, P.L.L.P.
4200 Multifoods Tower
33 South Sixth Street
Minneapolis, MN 55402

PLEASE TAKE NOTICE that on April 6, 2006, at 8:30 p.m., or as soon thereafter as the Court can be heard, before the Honorable Magistrate Judge Arthur J. Boylan at the U.S. District Courthouse, 638 Federal Building, 316 N. Robert Street, St. Paul, Minnesota, plaintiffs will move the Court for an Order granting the motion filed herewith.

Dated this 29th day of March, 2006.

LAW OFFICE OF CHARLES B. HARRIS, S.C.

By: /s/ Charles B. Harris
Charles B. Harris, Plaintiffs' Attorney
MN State Bar No. 41518
P.O. Box 1609
Hudson, WI 54016
(715) 386-9000