**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Civil No. 01-1934 JE/JGL

TRIO MANUFACTURING, INC.
and DARRELL QUADE,

Plaintiffs,

vs.

AFFIDAVIT OF CHARLES B. HARRIS IN SUPPORT OF JUDGMENT BASED ON APPRAISAL

FEDERATED MUTUAL INS. CO.

Defendant.

---

STATE OF WISCONSIN )
) ss.
ST. CROIX COUNTY )

Charles B. Harris, being first duly sworn on oath, deposes and says as follows:

1. Your affiant is the attorney representing the plaintiffs in the above-entitled matter.

2. Attached hereto and incorporated by reference is a true and correct copy of the appraisal award entered in this matter.

3. Attached hereto is a true and correct copy of Exhibit 51 from the appraisal hearing regarding the repackaging.

4. Attached hereto is a true and correct copy of Exhibit 54 from the appraisal hearing regarding the pallet racks.

5. Attached hereto is a true and correct copy of Exhibit 55 from the appraisal

hearing regarding the lab presses.

6. Attached hereto is a true and correct copy of discovery Deposition Exhibit 121 regarding the repackaging cost which is a document prepared by the adjuster who was handling the matter.

7. Attached hereto is a true and correct copy of discovery Deposition Exhibit 135 which is an inventory of damaged property prepared by the adjuster handling this matter which refers to the pallet racking and the lab press.

8. Attached hereto is a true and correct copy of Exhibit 30 from the appraisal hearing which is the Proof of Loss signed and filed by Darrell Quade on April 3, 2000, and a copy of Exhibit 36 which is a Proof of Loss signed by Darrell Quade on October 22, 2001.

9. Attached hereto is a true and correct copy of the letter which your affiant sent in this matter dated October 4, 2001, requesting an appraisal in this matter.

FURTHER, your affiant saith not.

/s/ Charles B. Harris
Charles B. Harris

Subscribed and sworn to before me
this 29th day of March 22, 2006

/s/ Linda M. Sittlow
Linda M. Sittlow
Notary Public, State of Wisconsin
My Commission Expires: 12/13/09