# APPRAISAL AWARD

| | | |
|---|---|---|
| IN RE: | Insured: | Trio Manufacturing, Inc. |
| | Insurer: | Federated Mutual Insurance Company |
| | Policy No.: | 1074713 |
| | Date of Loss: | 10/23/99 |
| | Location: | 4500 Main Street NE, Fridley, MN 55421 |

The undersigned, Umpire and/or Appraisers, having been duly appointed and selected by the above-referenced insured and company to appraise and determine the damages to the building and the damages to the contents under the above policy as the result of the loss occurring on the above date, having heard the evidence presented by the parties, and having deliberated with regard thereto, do hereby make the following Appraisal Award pursuant to the appraisal provision of the above policy and Chapter 65A.01, subd. (3), Minnesota Statutes Annotated:

Replacement Cost Value of Damage to Building without deduction of deductible or advance payments: $ 128,882

Actual Cash Value of Damage to Building without deduction of deductible or advance payments: $ N/A

Replacement Cost Value of Repackaging of Product per Exhibit 51 without consideration that salvage was purchased by Trio Manufacturing, Inc. following loss and that repackaging may be part of payments to date or part of subsequent salvage costs: $ 24,663

Replacement Cost Value of Damages to Pallet Racks and Lab Presses without deduction of deductible or advance payments: $ 7,484

Actual Cash Value of Damages to Pallet Racks and Lab Presses without deduction of deductible or advance payments: $ N/A

Dated this 3rd day of Nov, 2005

Gene P. Bradt (signature)
Gene P. Bradt, *Umpire*

Robert J. Patient (signature)
Robert J. Pátient, *Appraiser*

(signature)
Jon A. Hanson, *Appraiser*

G:\HLK\19157\Misc\Appraisal Award.doc

$350 612 820 11 Faxed 10 [illegible] 7/10 5:15

**RUBBER RESEARCH ELASTOMERICS, INC.**
4500 MAIN ST., NE. PH. 612-572-1056
MINNEAPOLIS, MN 55421

# INVOICE

| | |
|---|---|
| INVOICE DATE | 3-4-2000 |
| INVOICE NO. | 3018 |
| CUSTOMER NO. | |

SOLD TO: Trio Industries
900 Third St.
St. Paul Park MN 55071

SHIP TO: SAME

PAGE

| F.O.B. POINT | CUSTOMER ORDER NO. | SHIP VIA | TERMS | SALESPERSON | OUR ORDER NO. |
|---|---|---|---|---|---|
| | | | net 30 days | | |

| ITEM NO./SERIAL NO. | DESCRIPTION | UNIT | QUANTITY ORDERED | QUANTITY BACKORDERED | QUANTITY SHIPPED | UNIT PRICE | EXTENDED PRICE |
|---|---|---|---|---|---|---|---|
| | Clean up and Repacking PB-402-24 and B-1620 | | | | | | |
| Labor | Pb-402-24 | lb. | | | 72,100 | $00.15 | $10,815.00 |
| Labor | B-1620 | lb. | | | 45,225 | $00.15 | $6,783.75 |
| Package | PB-402-24 | drums | | | 206 | $24.29 | $5,003.74 |
| Package | B-1620 | boxes | | | 1,005 | $2.05 | $2,060.25 |
| | | | | | | TOTAL ▶ | $24,662.74 |

PENGAD 800-631-6989 EXHIBIT 51

ASEI

Affordable Storage Equipment, Inc.

April 10, 2000

Trio International, LTD
900 3RD Street
St. Paul Park, MN 55071

Attention: Darrel

We appreciate the opportunity to quote you on the following equipment.

**New Pallet Rack**

A.) 22 ea.) 42"D x 144"H, Upright 18,000# Capacity Cost : $ 55.00 ea.)

B.) 44 ea.) 4 ½" x 108"L, Beam 4,800# Capacity Cost: $ 25.50 ea.)

Total Material Cost: $ 2,332.00
6.5% MN Sales Tax: 151.58

Total Cost : $2,483.58

**Delivery : In Stock**

**F.O.B.: Isanti, MN**

Michael B. Fisher

EXHIBIT
54

**S SOBERAY MACHINE & EQUIPMENT INC.**

The Dependable Name in Rubber Machinery-Worldwide

# Fax

## Fax Number: 651-459-7237

April 4, 2000

Mr. Darrell Quade
Trio Industries

Dear Sir:

Thank you for your phone call today. Yes we have rebuilt many lab presses here at Soberay. Typical we resurface the platens, put new seals in the hydraulic system and put in all new electrics. The ball park price is $5,000.00. After you send in your press and we evaluate it I will send you a formal quote.

Regards:

Jim Maynard

Send Lab Press out USF Holland prepaid

Attn Jim maynard

Soberay Machine & Equipment Inc., 5500 Walworth Ave., Cleveland, Ohio 44102-4400-USA
Tel (216) 281-0400 Fax (216) 281-0409
jimaynard@soberay.com

EXHIBIT

EXHIBIT 121

ADJUSTER'S REPORT

To: CLAIMS DEPARTMENT

Date 1-2-00 Page No. 2 of 2

Claim No. P 27675

From Ed Grunst (Adjuster, Name In Full)

Insured: Trio

Darryl is on vacation from 1-22-00 → 2-1-00! warren is contact while Darryl is gone.

Darryle states that they had to repackage the Drums in the opposite corner where fire was. This area was ok from water but states the Drums were permeated by smoke + could not sell to customers. He will put together repackaging costs, about 140 Drums; 30⁰⁰/Drum + 15¢ lb.

Remarks:

I think it would be wise to have Rainbow-Roger go out to Insd + spot check the clean-up. Books supposedly doing all the work + its almost complete per Insd. no Est from Books yet + Insd states Bid by Books will be just below Rainbows. but Rainbows job vs Books actual work incurred are Not going to be the same

Office: Review statement of loss call with Q's. Pay Insd Accordingly To = Trio manuf.

CLAIM NO. 44P-27675

# INVENTORY OF PROPERTY DAMAGED OR DESTROYED

☒ Federated Mutual Insurance Company
☐ Federated Service Insurance Company

* Bills or Cancelled Checks to support claim should be attached.

Page No. 1 of 1 Pages

| Item No. | Qty. | Description of Item (Type, name, model, year, serial no.) FF+E | Where Purchased (Name and Address) | Date of Purchase (Mo.-Yr.) | Method of Payment (Cash/Cr.) | Receipts Available Yes | Receipts Available No | Original Cost | Replacement Cost | Depreciation in Value Due to Age, Change of Style or Wear and Tear | Actual Cash Value at Time of Loss | Insured Claims Indemnity Under This Policy to the Extent of | Agreed Loss (Adjuster to Complete) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 9 | 10'x4'x12' pallet Racking | | | | | | 1350.00 | | | | | |
| 2 | 2 | Pasadena Lab presses | | | | | | 5000.00 | | | | | |
| 3 | 1 | Monsano Rheometer | model 0238C-X1-3 | | | | | 8800.00 | | | | | |
| 4 | 1 | Electrical Transformer (spare) | | | | | | 2000.00 | | | | | |
| 5 | 1 | mills + merrill grinder/Hog | | | | | | | | | | | |
| 6 | 2 | 10 Hp slicers | | | | | | | | | | | |
| 7 | 1 | Guilitene slicer | | | | | 1000.00 | To Inspect + check out | | | | | |
| 8 | 1 | master mixer (150 gall) | w/hydraulic motor + control panel | | | | To | | | | | | |
| 9 | 6 | 150 Hp mixer motors | | | | | | | | | | | |
| 10 | 1 | 100 Hp mixer/Blender | w/hydraulic motor | | | | | | | | | | |
| 11 | 1 | Fairbanks Digital scale | | | | | | | | | | | |
| 12 | 3 | Load cells for Tencil Tester | | | | | | 1000.00 | | | | | |
| 13 | 1 | 3' sit stool metal | | | | | | 50.00 | | | | | |
| 14 | | | | | | | | | | | | | |
| 15 | Possible water pd | * items 5-10 need to be checked | for Damage to | motors | | | | | | | | | |
| | | * items 2,3,4,11 + 12 need to be Inspected for proper operation. | | | TOTAL THIS PAGE | | | | | | | | |

I certify that to the best of my knowledge all of the above information is true and correct, and I authorize any firm or individual to furnish to any representative of the Federated Insurance Companies any information requested concerning purchases of the items listed above. A photocopy of this authorization shall be effective and valid as the original.

Date of Loss 10-23-99 Cause of Loss Fire/water Insured ______________ (Signature) (Date Signed)

Address ______________ (Street) (City) (State)

Any person who, with the intent to injure, defraud or deceive any insurance company, submits a statement of claim containing false, incomplete or misleading information may be subject to criminal and/or civil penalties.

EXHIBIT 135

F20-794 Ed. 11-79