**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2006, I caused the following documents:

- Notice of Motion
- Motion
- Memorandum on Motion
- Affidavit of Charles B. Harris in Support of Judgment Based on Appraisal

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Leatha Wolter -- lwolter@meagher.com

LAW OFFICE OF CHARLES B. HARRIS, S.C.

Dated: March 29, 2006

By s/Charles B. Harris

Charles B. Harris, Attorney for Plaintiffs
State Bar No: 41518
P. O. Box 1609
Hudson, WI 54016
Telephone: 715-386-9000