**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on March 29, 2006, I caused the proposed order to be filed with the court via e-mail to the following magistrate judge who is hearing the motion:

Honorable Magistrate Judge Arthur J. Boylan

and

Defendant's Attorney Leatha Wolter -- lwolter@meagher.com

LAW OFFICE OF CHARLES B. HARRIS, S.C.

Dated: March 29, 2006

By: s/Charles B. Harris

Charles B. Harris, Attorney for Plaintiffs
State Bar No: 41518
P. O. Box 1609
Hudson, WI 54016
Telephone: 715-386-9000