**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Trio Manufacturing, Inc. and Darrell Quade,

Plaintiffs,

vs.

Federated Mutual Insurance Company,

Defendant.

Court File No. 01-1934 (JNE/AJB)

**AFFIDAVIT OF LEATHA WOLTER**

STATE OF MINNESOTA)
)ss.
COUNTY OF HENNEPIN)

LEATHA WOLTER, being first duly sworn upon oath, states as follows:

1. Your affiant represents Federated Mutual Insurance Company.

2. That attached hereto and marked Exhibit "A" is a true and correct copy of correspondence dated November 15, 2005.

3. That attached hereto and marked Exhibit "B" is a true and correct copy of correspondence dated December 12, 2005.

4. That attached hereto and marked Exhibit "C" is a true and correct copy of correspondence dated January 23, 2006.

5. That attached hereto and marked Exhibit "D" is a true and correct copy of correspondence dated February 7, 2006.

6. That attached hereto and marked Exhibit "E" is a true and correct copy of correspondence dated March 2, 2006.

FURTHER YOUR AFFIANT SAYTH NOT

LEATHA G. WOLTER

Subscribed to and sworn before me

this 5th day of April, 2006.

Notary Public

1319515

MICHELLE R. WETZEL
Notary Public-Minnesota
My Commission Expires Jan 31, 2010

MEAGHER & GEER P.L.L.P.
ATTORNEYS • AT • LAW

33 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384
WWW.MEAGHER.COM

**Direct Dial No.: (612) 337-9644**
**Internet: LWOLTER@meagher.com**

November 15, 2005

Charles B. Harris, Esq.
Law Office of Charles B. Harris, S.C.
304 Locust Street
P.O. Box 1609
Hudson, WI 54016

RE: Trio Manufacturing, et al. v. Federated
Our File No. 50095-927

Dear Mr. Harris:

As you are aware, the parties have received the Appraisal Award. The Board determined building damage in the amount of $128,882. Federated has already paid $116,000. Therefore, the remaining building damage amount is $12,882. In addition, the Appraisal Board awarded damages for the pallet racks and lab press in the amount of $7,484. Please advise how you would like the draft made payable.

The Appraisal Board also determined replacement cost value of repackaging of product in the amount of $24,663 without consideration of the salvage issue. Please provide information regarding what product was repackaged following the loss. Specifically, please identify where the product was located at Rubber Research following the fire and prior to repackaging. The information will then be reviewed by Federated with Callan Salvage. Also, please provide all documentation and information verifying that the salvaged product was not repackaged. Once Federated has an opportunity to analyze information produced by Trio, I will contact you regarding Federated's response.

In addition, would you please provide your calculation of interest. Please include the method of calculation. I will then review the issue with Federated.

Finally, enclosed herewith please find the Stipulation of Dismissal with Prejudice of the federal court action. Please execute the Stipulation and return it to my attention. I will file the Stipulation and proposed order with the court.

If your have any questions, please contact me.

Very truly yours,

Leatha G. Wolter
LGW/ls/1278032/Enclosure

EXHIBIT
tabbies
A

MEAGHER & GEER P.L.L.P.
ATTORNEYS • AT • LAW

33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
WWW.MEAGHER.COM

**Direct Dial No.: (612) 337-9644**
**Internet: LWOLTER@meagher.com**

December 12, 2005

Charles B. Harris, Esq.
Law Office of Charles B. Harris, S.C.
304 Locust Street
P.O. Box 1609
Hudson, WI 54016

RE: Trio Manufacturing, et al. v. Federated
Our File No. 50095-927

Dear Mr. Harris:

To date, there has been no response to my letter dated November 15, 2005. A copy is attached. At your earliest convenience, would you please contact me so this matter can be resolved as soon as possible.

I look forward to hearing from you.

Very truly yours,

Leatha G. Wolter
LGW/ls/1286391/Enclosure

EXHIBIT
tabbies
B

MEAGHER & GEER P.L.L.P.
ATTORNEYS • AT • LAW

33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
WWW.MEAGHER.COM

**Direct Dial No.: (612) 337-9644**
**Internet: LWOLTER@meagher.com**

January 23, 2006

*Via Facsimile (715-386-6560) & U.S. Mail*

Charles B. Harris, Esq.
Law Office of Charles B. Harris, S.C.
304 Locust Street
P.O. Box 1609
Hudson, WI 54016

RE: Trio Manufacturing, et al. v. Federated
Our File No. 50095-927

Dear Mr. Harris:

To date, you have failed to respond to my letters dated November 15, 2005 and December 12, 2005. Please advise as soon as possible if it will be necessary to schedule a conference with the magistrate judge in this case. I look forward to hearing from you.

Very truly yours,

Leatha G. Wolter
LGW/ls/1297575

EXHIBIT
C

MEAGHER & GEER P.L.L.P.
ATTORNEYS • AT • LAW

33 SOUTH SIXTH STREET, SUITE 4200
MINNEAPOLIS, MINNESOTA 55402
TELEPHONE: (612) 338-0661
FACSIMILE: (612) 338-8384
WWW.MEAGHER.COM

**Direct Dial No.: (612) 337-9644**
**Internet: LWOLTER@meagher.com**

February 7, 2006

Charles B. Harris, Esq.
Law Office of Charles B. Harris, S.C.
304 Locust Street
P.O. Box 1609
Hudson, WI 54016

RE: Trio Manufacturing, et al. v. Federated
Our File No. 50095-927

Dear Mr. Harris:

This correspondence confirms our February 7, 2006 telephone conversation. You indicated you would contact me by the end of the week to discuss finalizing this matter as outlined in my letter dated November 15, 2005. A copy is attached for your convenience.

I look forward to hearing from you by February 10, 2006.

Very truly yours,

Leatha G. Wolter
LGW/ls/1302772

EXHIBIT
D

MEAGHER & GEER P.L.L.P.
ATTORNEYS • AT • LAW

33 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402
Telephone: (612) 338-0661
Facsimile: (612) 338-8384
WWW.MEAGHER.COM

**Direct Dial: (612) 337-9644**
**Email: lwolter@meagher.com**

March 2, 2005

Magistrate Judge Arthur J. Boylan
**U.S. Courthouse**
638 Federal Building
316 North Robert Street
St. Paul, MN 55101

RE: *Trio Manufacturing, et al. v. Federated*
Court File No.: 01-1934 (JNE/AJB)
Our File No.: 50095-927

Dear Judge Boylan:

Please be advised the parties have completed the appraisal process. The Appraisal Board issued its decision regarding damages. Federated has agreed to follow the Appraisal Board's decision. To date, however, there has been no response from plaintiffs' counsel regarding the final resolution of this matter. Therefore, Federated respectfully requests the magistrate schedule a status conference in this case. Thank you for the court's attention to this matter.

Very truly yours,

Leatha Wolter

Leatha G. Wolter

LGW/ls/1310025

cc: Charles B. Harris, Esq.

EXHIBIT
E