**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Trio Manufacturing, Inc. and Darrell Quade,

Plaintiffs,

vs.

Federated Mutual Insurance Company,

Defendant.

Court File No. 01-1934 (JNE/AJB)

**AFFIDAVIT OF MARK NELSON**

---

STATE OF MINNESOTA)
)ss.
COUNTY OF HENNEPIN)

MARK NELSON, being first duly sworn upon oath, states as follows:

1. Your affiant is a Branch Manager for Callan Salvage & Appraisal Company.

2. That we were contacted by Federated Insurance Company to evaluate its insured's Bill for Repackaging costs for goods in the above-referenced matter.

3. That I am familiar with the insured's inventory damaged due to fire loss on or about October 23, 1999.

4. That we jointly inventoried all damaged stock goods with the insured.

5. I identified no inventory that was not damaged, but required repackaging.

6. That everything was inventoried and payment was issued for all inventory.

7. That the total cost value of the damaged inventory claim was $159,473.13.

8. That the insured retained the damaged salvageable raw goods inventory stock for a total buy back value of $2,500.

9. That the total agreed on loss value was $156,973.13.

10. That the insured is requesting repackaging costs to rebox B1620 material and redrum PB 402-24 material.

11. That the B1620 material the insured seeks to repackage was a "Total Loss" which contained no salvage value and the insured was paid the total value of the loss.

12. That the PB402-24 material was part of the salvageable goods the insured retained for $2,500.00 on an "As-is Where-is" salvage purchase.

13. That the low salvage buyback was accepted due to the fact that the salvage buyer has damaged goods, removal costs, and any other costs required to resell the salvageable goods on the secondary market.

14. That the insured is either seeking to repackage unsalvageable material for which he was paid or seeking to have Federated pay to repackage salvage material that he purchased "as is."

FURTHER YOUR AFFIANT SAYETH NOT

MARK NELSON

Subscribed to and sworn before me

this 4th day of April, 2006.

Notary Public
1320260

SANYUKTA AGAKWAL
Notary Public
Minnesota
My Commission Expires January 31, 2011