**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of April, 2006, I electronically filed the foregoing **Memorandum of Law in Response to Plaintiffs' Motion, Affidavit of Leatha Wolter and Affidavit of Mark Nelson** with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Charles B Harris charris@charlesharrislaw.com, linda@charlesharrislaw.com

Katherine A McBride kmcbride@meagher.com, rsetzer@meagher.com

Jeffry C Schmidt jschmidt@flynngaskins.com, dkruse@flynngaskins.com; mhammond@flynngaskins.com

Leatha G Wolter lwolter@meagher.com, lschiltgen@meagher.com

Sydnee N Woods sydnee.woods@ci.minneapolis.mn.us

I further certify that I mailed the foregoing document and the notice of electronic filing by first class mail to the following non-CM/ECF participants:

NONE.

DATED: April 5, 2006

**MEAGHER & GEER, P.L.L.P.**

By s/ Tamara L. Rollins
Leatha G. Wolter (#175614)
Tamara L. Rollins (#313403)
Attorneys for Defendant
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661

PDF created with pdfFactory trial version www.pdffactory.com