# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

Trio Manufacturing, et al.,

Plaintiff,

v.

Federated Mutual Insurance Company,

Defendant.

**COURT MINUTES**

Case Number: 01-1934 JNE/AJB

| | |
|---|---|
| Date: | 4/6/06 |
| Time Commenced: | 8:30 a.m. |
| Time Concluded: | 9:00 a.m. |
| Time in Court: | 30 Minutes |

Status Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

Parties are to submit a stipulation and proposed order regarding appointment of a special master.

s/ Kathy Thobe
Judicial Assistant