**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Trio Manufacturing, Inc. and Darrell Quade,

Plaintiffs,

vs.

Federated Mutual Insurance Company,

Defendant.

Court File No. 01-1934 (JEL/AJB)

**STIPULATION OF THE PARTIES**

Attorneys for the parties stipulate and agree to the following:

1. On November 3, 2005, the Appraisal Panel issued an Award attached as Exhibit “A”.

2. Attorney Gene Bradt served as umpire on the Appraisal Panel.

3. In addressing the replacement costs value of repackaging of product, the Appraisal Panel stated:

> Replacement cost value of repackaging of product per exhibit 51 without consideration that salvage was purchased by Trio Manufacturing, Inc. following loss and that repackaging may be part of payments to date or part of subsequent salvage costs:

4. That the parties agree Attorney Gene Bradt should serve as special master to determine replacement costs value of repackaging of product with consideration of salvage purchased by Trio Manufacturing, Inc. and that repackaging may be part of payments to date or part of subsequent salvage costs.

5. That the parties shall equally share the cost for Attorney Gene Bradt’s services as special master.

Date: 6/6/01

s/Leatha G. Wolter

Leatha G. Wolter, #175614
Meagher & Geer, PLLP
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402-3788
Telephone: 612-338-8384
Attorneys for Defendant

Date: 5/30/06

s/Charles B. Harris

Charles B. Harris, # 41518
Law Office of Charles B. Harris, S.C.
304 Locust Street
P.O. Box 1609
Hudson, WI 54016
Attorneys for Plaintiffs

1322618

# APPRAISAL AWARD

| | | |
|---|---|---|
| IN RE: | Insured: | Trio Manufacturing, Inc. |
| | Insurer: | Federated Mutual Insurance Company |
| | Policy No.: | 1074713 |
| | Date of Loss: | 10/23/99 |
| | Location: | 4500 Main Street NE, Fridley, MN 55421 |

The undersigned, Umpire and/or Appraisers, having been duly appointed and selected by the above-referenced insured and company to appraise and determine the damages to the building and the damages to the contents under the above policy as the result of the loss occurring on the above date, having heard the evidence presented by the parties, and having deliberated with regard thereto, do hereby make the following Appraisal Award pursuant to the appraisal provision of the above policy and Chapter 65A.01, subd. (3), Minnesota Statutes Annotated:

Replacement Cost Value of Damage to Building without deduction of deductible or advance payments: $ 128,882

Actual Cash Value of Damage to Building without deduction of deductible or advance payments: $ N/A

Replacement Cost Value of Repackaging of Product per Exhibit 51 without consideration that salvage was purchased by Trio Manufacturing, Inc. following loss and that repackaging may be part of payments to date or part of subsequent salvage costs: $ 24,663

Replacement Cost Value of Damages to Pallet Racks and Lab Presses without deduction of deductible or advance payments: $ 7484

Actual Cash Value of Damages to Pallet Racks and Lab Presses without deduction of deductible or advance payments: $ N/A

Dated this 3rd day of Nov, 2005

Gene P. Bradt, *Umpire*

Robert J. Patient, *Appraiser*

Jon A. Hanson, *Appraiser*

G:\HLK\19157\Misc\Appraisal Award.doc

EXHIBIT A

tabbies