**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Trio Manufacturing, Inc. and Darrell Quade,

Plaintiffs,

vs.

Federated Mutual Insurance Company,

Defendant.

Civil Case No. 01-1934 JNE/AJB

**ORDER**

---

IT IS HEREBY ORDERED,

1. Attorney Gene Bradt shall serve as special master to determine the replacement cost value of repackaging of product with consideration that salvage was purchased by Trio Manufacturing, Inc. following the loss and that repackaging may be part of payments to date or part of subsequent salvage costs.

2. The parties shall equally the costs of Attorney Gene Bradt serving as special master to resolve this issue.

Dated this 2nd day of June, 2006.

BY THE COURT:

__s/ Arthur J. Boylan____________
Arthur J. Boylan
United States Magistrate Judge