UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

CYCLE SOURCE GROUP, LLC,

Plaintiff,

v.

SPIEGEL CREDITOR TRUST, only as successor, pursuant to the Spiegel, et al. Modified First Amended Plan of Reorganization of Affiliated Debtors Pursuant to Chapter 11 of the Bankruptcy Code (dated May 23, 2005) and DONALD PERINCHIEF

Defendants.

Court File No.: 02-CV-3752 (PJS/RLE)

**NOTICE OF WITHDRWAL AS COUNSEL OF RECORD**

---

Pursuant to Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby requests the Court and counsel that Jamie L. Sather, currently listed as counsel of record for Defendants Spiegel Creditor Trust, only as successor pursuant to the Spiegel, et al Modified First Amended Plan of Reorganization of Affiliated Debtors Pursuant to Chapter 11 of the bankruptcy Code (Dated May 23, 2006) and Donald Perinchief wishes to withdraw as counsel for Defendants Spiegel Creditor Trust, only as successor pursuant to the Spiegel, et al Modified First Amended Plan of Reorganization of Affiliated Debtors Pursuant to Chapter 11 of the bankruptcy Code (Dated May 23, 2006) and Donald Perinchief in this case as Ms. Sather is no longer employed by the law firm of Meagher & Geer.

Dated: ___________________________

s/Thomas E. Propson
Thomas E. Propson (MN ID#231046)
Charles E. Jones MN ID#202708)
**MEAGHER & GEER, PLLP**
33 South Sixth Street
Suite 4400
Minneapolis, MN 55402
(612) 338-0661

***Attorneys for Defendants Spiegel Creditor Trust, only as successor pursuant to the Spiegel, et al Modified First Amended Plan of Reorganization of Affiliated Debtors Pursuant to Chapter 11 of the bankruptcy Code (Dated May 23, 2006) and Donald Perinchief***

1370206