**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Trio Manufacturing, Inc. and Darrell Quade,

Plaintiffs,

vs.

Federated Mutual Insurance Company,

Defendant.

Case No. 01-1934 (JNE/AJB)

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

---

**IT IS HEREBY STIPULATED AND AGREED** by the parties hereto, through their undersigned attorneys, that the above-captioned matter, including all claims related thereto, be, and hereby is, dismissed with prejudice and without costs or disbursements to any party.

The Clerk of Court, upon the filing of this stipulation, is authorized and directed to enter dismissal of this action.

DATED: 9/16/06

**LAW OFFICE OF CHARLES B. HARRIS, S.C.**

By [signature]
Charles B. Harris, # 41518
Attorneys for Plaintiffs
304 Locust Street
P.O. Box 1609
Hudson, WI 54016
(715) 386-9000

DATED: 9/20/06

**MEAGHER & GEER, P.L.L.P.**

By [signature]
Leatha G. Wolter (#175614)
Tamara L. Rollins (#313403)
Attorneys for Defendant
33 South Sixth Street, Suite 4400
Minneapolis, MN 55402
(612) 338-0661