**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Trio Manufacturing, Inc. and Darrell Quade,

Plaintiffs,

vs.

Federated Mutual Insurance Company,

Defendant.

Case No. 01-1934 (JNE/AJB)

**ORDER FOR DISMISSAL WITH PREJUDICE**

---

Based upon the foregoing Stipulation of Dismissal,

**IT IS HEREBY ORDERED** that the within action be dismissed with prejudice, without costs or disbursements to the parties herein.

BY THE COURT:

DATED: September 22, 2006

s/ Joan N. Ericksen
JUDGE OF DISTRICT COURT

1370955